IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER RANDOLPH GISH,

    Petitioner,

v.

                                                                     Case No. 15-cv-730-jdp

SUSAN NOVAK,

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Christopher Randolph Gish's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 2/19/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |