UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER RANDOLPH GISH,

    *Petitioner*,

vs.                                                                                                                                                              Case No. 15-cv-730-jdp

RANDALL R. HEPP[1],

    *Respondent*.

---

## NOTICE OF APPEAL

Christopher Randolph Gish, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) and 4(a) that he appeals the order and judgment denying him petition for a writ of habeas corpus entered on February 19, 2019, in the United States District Court for the Western District of Wisconsin, the Honorable James D. Peterson, presiding. Mr. Gish takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Gish also files the docketing statement required by Circ. R. 3 (7th Cir.) and a Circ. R. 26.1 (7th Cir.) disclosure statement. Mr. Gish seeks to proceed *in forma pauperis* on appeal, as counsel in the United States District Court was appointed under the Criminal Justice Act of 1964; he was

---

[1] Mr. Gish has been transferred to Fox Lake Correctional Institution. Mr. Hepp is the warden at Fox Lake Correctional.

appointed State Public Defender counsel in his underlying criminal case; and his financial circumstances have not changed meaningfully. Fed. R. App. P. 24(a)(3).

Dated at Madison, Wisconsin this 18th day of March, 2019.

Respectfully submitted,
Christopher Randolph Gish, Petitioner

*/s/ Shelley M. Fite*
Shelley M. Fite

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901